# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TRACY MASTERSON,

      Plaintiff,

vs.                                           CASE NO. 6:08-CV-796-ORL-19KRS

HIGHLIFE FARMS, LLC,

      Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 33, filed May 4, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 33) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement (Doc. No. 31, filed February 9, 2009) is **GRANTED** and the settlement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues.

Counsel for Plaintiff Tracy Masternon is **PROHIBITED** from withholding any portion of the $1,000.00 payable to Masterson under the settlement agreement. Counsel for Masterson is further **ORDERED** to provide a copy of this Order to Plaintiff Masterson.

This case is **DISMISSED WITH PREJUDICE,** and the Court does not reserve jurisdiction to enforce the settlement agreement. The Clerk of the Court is directed to **CLOSE THIS FILE**.

**DONE AND ORDERED** at Orlando, Florida, this   21st   day of May, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record